UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARYLAND CASUALTY COMPANY,

    Plaintiff,

v.                                                    Case No. 6:12-cv-1033-Orl-19TBS

EARTH INSPIRED LIVING, LLC, a Florida
limited liability company, TRACEY MILLER
SUDBOROUGH, individually and as
Personal Representative of the Estate of
Brent Miller, and on behalf of survivors Indya
Miller and G.M.,

    Defendants.
_____

## ORDER

Pending before the Court is The Millers' Motion to Strike the Report and Exclude the Testimony of Plaintiff's Expert Witness (Doc. 41). The motion is DENIED WITHOUT PREJUDICE based upon counsel's failure to comply with Local Rule 3.01(g).

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on February 8, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel